AO 106 (Rev. 01/09) Application for a Search Warrant

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
SEP 23 2022
LAURA A. AUSTIN, CLERK
BY: A. Meade
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:22mj101
White, 2014 Ford Explorer bearing )
Virginia license plate UDZ-6025 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Western___ District of ___Virginia___ *(identify the person or describe property to be searched and give its location):* White, 2014 Ford Explorer bearing Virginia license plate UDZ-6025 (to include all containers within and the person of Donald Allen Edwards should he be present inside the vehicle).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § ___846/841(a)(1)___, and the application is based on these facts: See Attachment B   and 841(a)(1)

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brian Snedeker, Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~. telephonically.

Date: 9/23/22

City and state: Abingdon, Virginia

*Judge's signature*

Pamela Meade Sargent, USMJ
*Printed name and title*

ATTACHMENT A

1. Methamphetamine distribution paraphernalia including (but not limited to) scales, scale calibration weights, cutting materials, small Ziploc-type plastic bags (new/unused), wrapping materials; devices used to communicate with other drug traffickers/co-conspirators including cellular telephones.

2. Books, records, ledgers, notes, and videos pertaining to the illicit distribution, purchasing, and transporting of methamphetamine.

3. Messages, letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of methamphetamine. These messages, letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, notebooks, loose pieces of paper, and found in mail.

4. Photographs and videos depicting methamphetamine, drug distribution paraphernalia, substantial assets, co-conspirators, and persons with methamphetamine,

5. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

6. Items or articles of personal property tending to show ownership, dominion, or control of the vehicle. Such items or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs, keys, receipts, mail, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

7. Items listed in Paragraphs 2 through 6 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, CDs/DVDs, flash/jump drives, personal digital assistants (PDA's), cellular telephones/smartphones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined for the items listed in Paragraphs 2 through 6.

ATTACHMENT B

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for methamphetamine distribution/conspiracy related documentary evidence and equipment/supplies within a white, 2014 Ford Explorer bearing Virginia license plate UDZ-6025. This affiant, after obtaining and reviewing information, believes there is evidence of conspiracy to distribute methamphetamine and/or distribution of methamphetamine within the white, 2014 Ford Explorer bearing Virginia license plate UDZ-6025 in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (31) years. During my employment I have received comprehensive classroom training from the DEA in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II controlled substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of Donald Allen EDWARDS (hereafter referred to as "Donald EDWARDS"), my training and experience, and information provided to me by other law enforcement officers.

5. During June 2022, a reliable confidential source (hereafter referred to as "CS") performed a controlled purchase (monitored, recorded, and surveilled by law enforcement) of (¼) pound or more of methamphetamine (a quantity consistent with distribution/redistribution) from Donald EDWARDS within the Western District of Virginia. On multiple occasions from June 2022 to the present, law enforcement has observed Donald EDWARDS' motor vehicle (a white, 2014 Ford Explorer bearing Virginia license plate UDZ-6025 and registered to Donald EDWARDS) parked at Donald EDWARDS' residence in Abingdon, Virginia (250 Holston Street NW, Apt. 5, Abingdon, Virginia). The Ford Explorer is registered to Donald EDWARDS at the aforementioned address. During June 2022, law enforcement observed Donald EDWARDS utilize his white, 2014 Ford Explorer to transport and distribute the methamphetamine referenced in the aforementioned controlled purchase.

6. A review of Donald EDWARDS' criminal history revealed that Donald EDWARDS

is currently on federal supervised release (probation) in relation to his 2001 felony convictions for Conspiracy to Distribute Cocaine Base and Possession of a Firearm in Furtherance of a Violent Felony. A federal probation officer has advised this affiant that during 2022, Donald EDWARDS admitted to using cocaine (while on probation).

7. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who illegally distribute methamphetamine and/or conspire to do so typically maintain methamphetamine distribution paraphernalia (digital scales, small Ziploc-type plastic bags etc.) and other items (documents etc.) as listed and explained on Attachment A (of the Application and Affidavit for Search Warrant to which this affidavit is attached) on and about their persons and within their vehicles or the vehicles they operate/utilize. As to distribution paraphernalia, notes, records, and the like, this affiant is aware based upon his training, experience, and conversations with other law enforcement officers, that methamphetamine traffickers/co-conspirators often maintain such materials/items on and about their persons and within their vehicles (or the vehicles they operate/utilize) for extended periods of time (days, weeks, and months).

8. Additional federal search warrants specifically for Donald EDWARDS' person and residence are also being sought. It is the intention of law enforcement (for reasons of officer safety and preservation of evidence) to execute the search warrant(s) upon Donald EDWARDS' person and/or the white, 2014 Ford Explorer bearing Virginia license plate UDZ-6025 (when Donald EDWARDS is operating or occupying said vehicle) away from Donald EDWARDS' residence immediately prior to executing the search warrant upon the residence itself. As law enforcement is unaware of any predictable travel pattern for Donald EDWARDS, it is unknown as to what hour of the day or night law enforcement will encounter Donald EDWARDS within the Western District of Virginia for the purpose of executing a federal search warrant upon his person and/or the white, 2014 Ford Explorer bearing Virginia license plate UDZ-6025 should Donald EDWARDS be encountered operating/occupying said vehicle.

9. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the white, 2014 Ford Explorer bearing Virginia license plate UDZ-6025 as there is probable cause to believe that there is evidence of a violation of 21 U.S.C. § 846/841(a)(1) and/or § 841(a)(1) within said vehicle. Furthermore, I submit that Paragraph 8 above presents good/reasonable cause as to why the requested search warrant should be authorized for execution during any time of day or night.

Brian Snedeker, Special Agent (DEA)

Subscribed and sworn to before me, this the 23rd ~~telephonically~~ day of September, 2022, in Abingdon, Virginia.

Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Reviewed by:

s/Lena L. Busscher			09-21-2022
Assistant United States Attorney		Date